# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

TERRY LYNN DUNN-FISCHER,
Plaintiff,
v.
FIRST CHARLOTTE A.C. & REFRIGERATION, INC., a Florida corporation;
TAYLOR CELLAMARE, individually; DARLENE CELLAMARE, individually;
JOSEPH CELLAMARE, individually; CARMEN C. THOMPSON, individually;
CHARLOTTE COUNTY, FLORIDA, a political subdivision;
JACK D. McSTRAVIC, individually; BEN BAILEY, individually;
SHAWN McNULTY, individually; ROGER H. MILLER III, ESQ., individually;
and FARR LAW FIRM, P.A.,
Defendants.
Case No.: _____

---

## LIST OF DEFENDANTS

*Filed with Complaint for Civil Rights Violations, RICO,
Consumer Protection, and Related Claims
Middle District of Florida — Fort Myers Division
Filed: June 30, 2026*

## PLAINTIFF

**Terry Lynn Dunn-Fischer**
Pro Se Plaintiff / ADA Accommodation DIN 159
820 Conreid Drive NE, Port Charlotte, Florida 33952
(941) 977-9010 | dunnfischer@aol.com

---

## DEFENDANTS

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|------|----------------------------|-------------------|--------|
| 1 | **First Charlotte A.C. &** | Florida corporation; HVAC contractor; | *416 Cooper Street, Punta Gorda, FL 33950* | All Counts |

- 1 -

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|------|----------------------------|-------------------|--------|
| | Refrigeration, Inc. | Plaintiff in state court | | |
| 2 | Taylor Cellamare | Individual; unlicensed employee/agent of First Charlotte; created estimate, Housecall Pro profile, fraudulent CoolCalc, Claim of Lien | *Charlotte County, Florida (address to be confirmed through discovery)* | Counts 1, 2, 7, 8, 9, 10, 11 |
| 3 | Darlene Cellamare | Individual; unlicensed employee/agent of First Charlotte; signed Claim of Lien as Manager (2022); signed false Final Payment Affidavit | *Charlotte County, Florida (address to be confirmed through discovery)* | Counts 1, 2, 8, 9, 10, 11 |
| 4 | Joseph Cellamare | Individual; licensed qualifying agent CAC057579; personally observed no existing system June 24, 2022; certified false replacement permit; filed | *Charlotte County, Florida (address to be confirmed through discovery)* | Counts 1, 2, 7, 8, 9, 10 |

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|---|---|---|---|
| | | fraudulent court affidavits | | |
| 5 | Carmen C. Thompson | Individual; Florida Notary Public Commission No. HH 235773; employee of First Charlotte; falsely notarized NOC July 13, 2022 without witnessing signature; wrote wrong legal name proving no ID examined | *Charlotte County, Florida (address to be confirmed through discovery)* | Count 11 |
| 6 | Charlotte County, Florida | Political subdivision of Florida; operates building and permitting system; Monell liability for policy of accepting retroactive documentation to validate defective permits; ADA Title II violations | *18400 Murdock Circle, Port Charlotte, FL 33948* | Counts 1, 3, 4, 5, 6, 9 |
| 7 | Jack D. McStravic | Individual; former Deputy Building Official Charlotte County; August | *Personal address to be confirmed through county records* | Counts 1, 2, 4, 5, 9 |

- 3 -

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|------|---------------------------|-------------------|--------|
| | | 8, 2022 — recognized permit misclassification in Transaction 945 and directed finalization anyway; accepted fraudulent retroactive CoolCalc | | |
| 8 | Ben Bailey | Individual; Community Development Director / Building Official / Floodplain Manager Charlotte County; received four documented written notices August 2022 through July 2023; attended September 20, 2023 roundtable; issued March 18, 2026 final written refusal same day limitations invoked | *18400 Murdock Circle, Port Charlotte, FL 33948; ben.bailey@charlottecountyfl.gov; (941) 743-1211* | Counts 1, 2, 4, 5, 9 |

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|------|----------------------------|-------------------|--------|
| 9 | Shawn McNulty | Individual; Building Official / Floodplain Administrator Charlotte County; July 14, 2025 — officially admitted in writing scope of work was 'a new system installed in previously unconditioned space'; took no corrective action | 18400 Murdock Circle, Port Charlotte, FL 33948; shawn.mcnulty@charlottecountyfl.gov; (941) 743-1314 | Counts 1, 4, 5, 9 |
| 10 | Roger H. Miller III, Esq. | Individual; partner Farr Law Firm P.A.; Florida Bar No. 0555908; counsel for First Charlotte; introduced Housecall Pro theory after discovery closed; submitted proposed Final Judgment with false Maine residency statement; never corrected wrong legal name in four | Farr Law Firm P.A., 99 Nesbit Street, Punta Gorda, FL 33950; rmiller@farr.com; (941) 639-1158 | Counts 1, 2, 7, 8, 9, 12 |

- 5 -

| # | Name | Role / Basis for Liability | Address / Contact | Counts |
|---|------|---------------------------|-------------------|--------|
| | | years; uploaded documents to county permit file during litigation | | |
| 11 | Farr Law Firm, P.A. | Florida professional association; institutional liability for fraud on court from October 10, 2022 original complaint through Final Judgment; filed complaint against wrong legal name with actual knowledge of correct name from public deed and county records | *99 Nesbit Street, Punta Gorda, FL 33950; (941) 639-1158* | Counts 1, 2, 7, 8, 9, 12 |

## MATERIAL WITNESSES (Not Named as Defendants)

The Honorable Michael Powell — County Court Judge, Twentieth Judicial Circuit, Charlotte County. Material witness to ADA accommodation grant, order-drafting misconduct, and judicial access denials. Protected by judicial immunity from damages; named as material witness only.

The Honorable Turner A. Rouse — County Court Judge, Twentieth Judicial Circuit, Charlotte County. Material witness to verbatim adoption of proposed Final Judgment containing false Maine residency statement one day after receiving written correction. Protected by judicial immunity from damages; named as material witness only.

## COUNT REFERENCE KEY

| Count | Claim |
| --- | --- |
| Count 1 | 42 U.S.C. §1983 — Fourteenth Amendment Due Process — Monell Liability (Charlotte County) |
| Count 2 | 42 U.S.C. §1983 — Conspiracy Under Color of Law (McStravic, Bailey, First Charlotte Defendants) |
| Count 3 | ADA Title II — Equal Access to Judicial Proceedings (Charlotte County) |
| Count 4 | 42 U.S.C. §1983 — Fourteenth Amendment Due Process — Individual Liability (McStravic, Bailey, McNulty) |
| Count 5 | 42 U.S.C. §1983 — Equal Protection (Charlotte County, McStravic, Bailey) |
| Count 6 | ADA Title II — Administrative Process Denial (Charlotte County / Stasio) |
| Count 7 | 18 U.S.C. §1962(c) — RICO — Conducted Affairs of Enterprise (First Charlotte Defendants, Miller, Farr) |
| Count 8 | 18 U.S.C. §1962(d) — RICO Conspiracy (First Charlotte Defendants, Miller, Farr) |
| Count 9 | Florida Deceptive and Unfair Trade Practices Act §501.204 (All Defendants) |
| Count 10 | Florida §713.31 — Fraudulent Lien (First Charlotte, Taylor Cellamare, Darlene Cellamare) |
| Count 11 | Florida §117.105 — False Notarization (Carmen C. Thompson) |
| Count 12 | Fraud on the Court / Florida Rules of Professional Conduct 4-3.3, 4-8.4 (Miller, Farr Law Firm) |

Respectfully submitted,

/s/ Terry Lynn Dunn-Fischer
**TERRY LYNN DUNN-FISCHER**
Pro Se Plaintiff
ADA Accommodation DIN 159

- 8 -

820 Conreid Drive NE
Port Charlotte, Florida 33952
(941) 977-9010
dunnfischer@aol.com
Date: June 30, 2026